```
                  IN THE UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF GEORGIA
                          COLUMBUS DIVISION


NORRIS BROWN,                      *

        Plaintiff,                 *

vs.                                *
                                           CASE NO. 4:09-CV-130(CDL)
JOHN DARR, et al.,                 *

        Defendants.                *
```

<u>ORDER ON REPORT AND RECOMMENDATION</u>
<u>OF UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 3, 2010 is hereby approved, adopted, and made the Order of the Court.

The "Amendment to Complaint" filed by the Plaintiff on March 15, 2010, which is construed to be an objection to the Report and Recommendation, has been considered and is found to be without merit.

IT IS SO ORDERED, this 31st day of March, 2010.


                                       S/Clay D. Land
                                          CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE